## Commonwealth *v.* Johnson, Appellant.

Submitted December 8, 1969. *John F. X. Fenerty,* for appellant; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Kauffman, Appellant.

Submitted December 11, 1969. *Joseph Kauffman,* appellant, in propria persona; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.